ACCEPTED
04-14-00709-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 11:10:54 AM
KEITH HOTTLE
CLERK

## Nos. 04-14-00709-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **FRANCISCO JAVIER GONZALEZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 11:10:54 AM
KEITH E. HOTTLE
Clerk

### FOURTH MOTION FOR EXTENSION OF TIME
### TO FILE OPENING BRIEF

From the 399th District Court of Bexar County, Texas
Trial Court No. 2011-CR-9697
Hon. Ray J. Olivarri, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's brief is due to be filed on Monday, the 27th of April, 2015. The undersigned requests additional time to prepare and file Appellant's opening brief. Counsel is set for jury trial on Monday, April 27th, in Williamson County, in Cause Number 14-04880-3, State of Texas vs. Juan Vasquez Galarza. Counsel has been preparing for trial in the event the Court chooses to proceed in this cause. As a result, Counsel has been unable to finish Appellant's brief. While this is counsel's fourth request for an extension, the previous requests were due mostly to awaiting the trial court's written findings of fact. Counsel requests an extension of seven (7) days, to and including Monday, May 4, 2015. This is Appellant's fourth request for an extension.

Counsel has spoken with Ms. Laura Durbin, attorney with the Bexar County District Attorney's Office Appellate Section, and she has indicated that she is NOT OPPOSED to Appellant's request.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:    /s/ Robert A. Jimenez
SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of April, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on April 23, 2015.


/s/ ROBERT A. JIMENEZ